IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FREDS FISH FRY, INC., *Plaintiff* | § § § § § § § § | SA-23-CV-01497-XR |
| -vs- | | |
| ADRIAN GALVAN, et al., *Defendants* | | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Defendants Adrian Galvan and Michael Baez, and anyone acting in concert with these Defendants, are hereby **PERMANENTLY ENJOINED** from using the FRED'S FISH FRY trademarks or any confusingly similar variation thereto in connection with the manufacture, sale, or leasing of any goods or services.

**IT IS FURTHER ORDERED** that Defendants Adrian Galvan and Michael Baez, jointly and severally, shall pay Plaintiff $8,230.00 for the attorney's fees incurred.

**IT IS FURTHER ORDERED** that post-judgment interest shall accrue from March 25, 2025, at the rate of 4.08% until the amount is paid.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Victor Galvan and Rancho 181, LLC are **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that the above–entitled cause of action is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 29th day of July, 2025.

                                            _____
                                            XAVIER RODRIGUEZ
                                            UNITED STATES DISTRICT JUDGE